



# MEMORANDUM OPINION

No. 04-11-00765-CV

## IN RE: KINETIC CONCEPTS, INC. SHAREHOLDER LITIGATION

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-11943
Honorable Barbara Hanson Nellermoe, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
               Phylis J. Speedlin, Justice
               Rebecca Simmons, Justice

Delivered and Filed: December 7, 2011

DISMISSED

The appellant has filed an unopposed motion to dismiss this appeal. We grant the motion

and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).


PER CURIAM